UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 23-07452-HDV (PVCx) | Date | November 29, 2023 |
|---|---|---|---|
| Title | *Muhammad Umair Nabeel v. Meta Platforms, Inc. et al.* | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Charles A. Rojas | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Muhammad Umair Nabeel, Pro Se (Via Zoom) | Jacob Heath<br>Joan Cho |

**Proceedings:**   MOTION TO DISMISS CASE FILED BY DEFENDANT META PLATFORMS, INC. [9]

    The case is called. The Court and parties confer. As stated on the record, the Motion to Dismiss Case filed by Defendant Meta Platforms, Inc. is GRANTED. A further order shall issue.

   : .07

Initials of Preparer   CR